UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JESSICA HERRON, | ) |
| | ) |
| Plaintiff, | ) Case Number: |
| | ) |
| v. | ) |
| | ) |
| FOREMOST INSURANCE COMPANY | ) |
| GRAND RAPIDS, MICHIGAN, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), 1446(a), Fed. R. Civ. P. 81, and Local Rule 3-1, Defendant, Foremost Insurance Company Grand Rapids, Michigan ("Foremost") petitions the Court for removal of the action described below from the Lake County Superior Court of Indiana to this Court, and in support thereof, states as follows:

1. On December 19, 2024, Plaintiff Jessica Herron filed an action against Defendant, Foremost, in the Lake County Superior Court of Indiana, under Case Number 45D11-2412-CT-001454. A copy of the Summons and Complaint is attached hereto as Exhibit A.

2. Foremost was served with a copy of the Complaint on December 27, 2024.

3. Plaintiff's Two-Count Complaint seeks monetary damages for breach of contract and bad faith allegedly arising out of Plaintiff's claim for insurance proceeds following a January 12, 2024 loss in Gary, Indiana.

## BASIS FOR FEDERAL JURISDICTION

4. This Court has original jurisdiction of this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. *See* 28 U.S.C. § 1441.

5. Removal to the United States District Court for the Northern District of Indiana is proper because it is the district embracing the place where the removed action was pending. *See* 28 U.S.C. § 1441(a).

## DIVERSITY OF CITIZENSHIP

6. Plaintiff Jessica Herron is a citizen of the State of Indiana.

7. Defendant Foremost is an insurance company incorporated in the State of Michigan, with its principal place of in the State of Michigan.

## AMOUNT IN CONTROVERSY

8. The Complaint alleges damages for breach of contract and breach of the duty of good faith and fair dealing in the form of direct damages, but it does not plead a specific amount in controversy in excess of the sum required under 28 U.S.C. § 1332(a).

9. Pursuant to Local Rule 81-1(a)(1), Defendant alleges that the amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

10. Based upon the allegations in the Complaint, the damages potentially recoverable may exceed $75,000.00. Plaintiff's Complaint alleges a breach of contract and damages for Foremost's alleged breach of contract failure to pay her insurance claim. Pl. Compl. ¶ 17 & 18. Additionally, the Plaintiff's Complaint includes a bad faith count asserting that Foremost breached the covenant of good faith and fair dealing in the handling of her insurance claim and is thereby liable in tort for compensatory and punitive damages. Pl. Compl. ¶¶ 20 & 21.

11. Foremost denies it is liable to Plaintiff for any amount.

## REMOVAL PROCEDURE

12. This Notice of Removal is timely filed because it was filed within thirty days after receipt by Defendant of Plaintiff's initial pleading on December 27, 2024. *See* 28 U.S.C. § 1446(b)(1).

13. This case can be removed because the Plaintiff is a citizen of Indiana, and completely diverse from Defendant, which is a citizen of Michigan. Plaintiff seeks unspecified damages for breach of contract and alleged bad faith. While denying Plaintiff's breach of contract and bad faith allegations, Foremost acknowledges that an award of damages in excess of $75,000.00 for the alleged breach of contract and bad faith, if proven, is permissible under Indiana law. As a result, the jurisdictional threshold for removal is met in this case and it can properly be removed to this Court. *Sykes v. Cook Inc.,* 72 F.4th 195, 207 (7th Cir. 2023).

14. Foremost cannot ignore that such a recovery is permissible under Indiana law without forfeiting its right to remove this case to the Federal District Court. *Tedesco v. State Farm Fire & Casualty Co.,* 599 F. Supp. 3d 750, 755-56 (N.D. Ind. 2022).

15. Promptly after filing this Notice of Removal, Defendant will provide written notice of same to Plaintiff and will file with the Clerk of the Lake County Superior Court of Indiana the Notice of Filing of Notice of Removal attached hereto as Exhibit B. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, Foremost Insurance Company Grand Rapids, Michigan, hereby requests that this action now pending against them in the Lake County Superior Court of Indiana be removed to this Court.

Respectfully submitted,

/s/ *James B. Glennon*
James B. Glennon
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
(312) 863-5000
jeggum@fgppr.com

Attorney for Defendant,
Foremost Insurance Company Grand Rapids, Michigan

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above document was filed electronically with the above captioned court, with notice of case activity to be generated and sent electronically by the Clerk of said court, with a copy to be mailed to any individuals who do not receive electronic notice from the Clerk, this 27th day of January, 2025.

Respectfully submitted,

/s/ *James B. Glennon*
James B. Glennon